# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-181**

---

C. HOLMES, a/k/a Cynthia Holmes, a/k/a Cynthia Holmes, M.D., a/k/a Cynthia Collie Holmes,

        Petitioner,

      v.

JAMES KEVIN HOLMES,

        Respondent.

---

On Petition for Permission to Appeal.  (2:20-cv-03376-BHH-MHC)

---

Submitted:  November 23, 2021           Decided:  November 29, 2021

---

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

C. Holmes, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

C. Holmes petitions for permission to appeal under 28 U.S.C. § 1292(b) the district court's order denying her motions in which she challenged the authority of the magistrate judge to enter nondispositive orders and to issue a report and recommendation in her case without her consent. The bankruptcy court has since granted Holmes' motion to dismiss her bankruptcy case. Due to the dismissal of the underlying bankruptcy case, this court "is without the power to afford effective relief." *See Central States, Se. & Sw. Areas Pension Fund v. Central Transp., Inc.*, 841 F.2d 92, 96 (4th Cir. 1988). Accordingly, we deny Holmes' motion to exceed length limitations for the petition and deny the petition to appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*